IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MONDREA VINNING EL, ) | |
| ) | |
| ) | |
| Plaintiff(s), ) | |
| vs ) | NO. 05-570-DRH |
| ) | |
| JOHN EVANS, et al., ) | |
| ) | |
| Defendant(s). ) | |

# ORDER

It appearing to the Court that the plaintiff has failed to properly prosecute as required in the Notice of Impending Dismissal for Want of Prosecution, entered by United States Magistrate Judge Clifford J. Proud, on December 6, 2006, (Doc.25) and the Court being fully advised in the premises,

**IT IS THEREFORE ORDERED** that the complaint filed herein is dismissed without prejudice against the following defendant(s): **Unknown Party 1 Counselor and Unknown Party 2, Grievance Officer.**

Dated this 26th day of January, 2007.


/s/        David   RHerndon
**United States District Judge**