IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**MONDREA VINNING EL,**              )
                                     )
        Plaintiff,        )
                                     )
V.                                   )          Civil No.  **05-570-DRH**
                                     )
**JOHN EVANS, et al.,**              )
                                     )
        Defendants.       )

## <u>ORDER</u>

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's motion for "expedited process." **(Doc. 12).**  Plaintiff

requests production of his medical records and related incident reports, and the prompt resolution

of this action.

In accordance withe h Civil Justice Expense and Delay Reduction Plan, 28 U.S.C. § 473,

the Court fully intends to move this case toward resolution as swiftly as practicable.  With that

said, the usual deadlines are procedural steps will apply, pursuant to the Federal Rules of Civil

Procedure.

**IT IS THEREFORE ORDERED** that plaintiff's motion for "expedited process" **(Doc.**

**12)** is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

**DATED: January 31, 2007**

                                 **s/ Clifford J. Proud**
                                 **CLIFFORD J. PROUD**
                                 **U. S. MAGISTRATE JUDGE**