`                                    IN THE UNITED STATES DISTRICT COURT
                                      FOR THE SOUTHERN DISTRICT OF ILLINOIS

**MONDREA VINNING EL,**                    )
                                           )
                    Plaintiff,             )
                                           )
V.                                         )          Civil No.  **05-570-DRH**
                                           )
**JOHN EVANS, et al.,**                    )
                                           )
                    Defendants.            )

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's motion to compel the defendants to respond to

interrogatories and requests for production.  **(Doc. 41).**  Plaintiff does not provide the Court with

copies of the discovery requests at issue, as required by Local Rule 26.1(b)(3).  Plaintiff also

fails to specify the date his discovery requests were propounded, so the Court cannot be certain

that responses are overdue.

**IT IS THEREFORE ORDERED** that plaintiff's motion to compel **(Doc. 41)** is

**DENIED**.

**IT IS SO ORDERED.**

**DATED: January 22, 2009**

                                                     **s/ Clifford J. Proud**
                                                     **CLIFFORD J. PROUD**
                                                     **U. S. MAGISTRATE JUDGE**