IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MONDREA VINNING EL,

    Plaintiff,

v.

JOHN EVANS and
CHAPLAIN SUTTON, et al.,

    Defendants.                              Case No. 05-cv-570-DRH-CJP

## ORDER

**HERNDON, Chief Judge**:

Before the Court is Defendants' Motion to Supplement Defendants' Motion for Summary Judgment. (**Doc.66**). Defendants seek to file an attachment referred to in the Evans' affidavit filed in support of the Motion for Summary Judgment. The attachment was inadvertently left out of the filing. For good cause shown, Defendants' Motion is **GRANTED**.

**IT IS SO ORDERED**

Dated this 17th day of July, 2009.

                                          /s/      *David R Herndon*

                                          **Chief Judge**
                                          **United States District Court**