IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MONDREA VINNING-EL,

    Plaintiff,

vs.           No. 05-CV-0570-DRH

JOHN D. EVANS, et al.,

    Defendant.

## ORDER

**HERNDON, Chief Judge:**

Pending before the Court is a joint stipulation of dismissal with prejudice (Doc. 175). Pursuant to the stipulation, the Court **DISMISSES with prejudice** this cause of action and **DIRECTS** the Clerk of the Court to enter judgment reflecting the same.

**IT IS SO ORDERED.**

Signed this 12th day of September, 2013.

David R. Herndon
2013.09.12 11:32:50 -05'00'

Chief Judge
United States District Court