UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

MONDREA VINNING EL,

    Plaintiff,

v.

JOHN EVANS, CHAPLAIN SUTTON,
UNKNOWN PARTY 1, *Counselor* **and**
UNKNOWN PARTY 2, *Grievance Officer*,

    Defendants.                    No. 05-cv-570-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on January 26, 2007 (Doc. 28), the evidentiary hearing held on February 2, 2012 (Doc.107), and the Order entered on September 12, 2013 (Doc. 176), this cause of action is **DISMISSED with prejudice** as to all parties.

                                        NANCY J. ROSENSTENGEL,
                                        CLERK OF COURT

                                        BY:   */s/Sara Jennings*
                                                   Deputy Clerk

**Dated:**  September 12, 2013

David R. Herndon
2013.09.12
11:37:53 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT